■ In the Matter of ANTHONY RIVERA, Appellant, v HOWARD E. SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [702 NYS2d 830] —Order, Supreme Court, New York County (Bruce Allen, J.), entered June 23, 1999, which denied petitioner's application pursuant to CPLR article 78 to annul his termination as a probationary police officer with the New York City Police Department, unanimously affirmed, without costs.

Petitioner's contention that, pursuant to McKinney's Unconsolidated Laws of NY § 891 (L 1940, ch 834), he was entitled to a pretermination hearing notwithstanding his probationary status has recently been rejected by this Court (*see, Matter of Williams v Safir,* 265 AD2d 182, *lv denied* 94 NY2d 758), and the present matter affords no reason to reach a different result.

Concur—Tom, J. P., Rubin, Andrias, Buckley and Friedman, JJ.